IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**UNITED STATES OF AMERICA**                  **PLAINTIFF**

**v**                  **CASE NO.  4:20-CR-00239-01  LPR**

**JEFFREY LAWRENCE MOORE**                  **DEFENDANT**

## ORDER

The above entitled cause came on for hearing October 1, 2020 on the Government's Motion to Revoke the Supervised Release previously granted this defendant in the United States District Court for the Eastern District of Arkansas. The government made an oral motion to dismiss the petition to revoke. The Court finds that the motion should be granted. Upon agreement of the parties, the Court has determined that defendant's conditions of supervised release should be modified.

IT IS THEREFORE ORDERED that defendant's term of supervised release shall be modified to *add* the following condition:

> **Defendant is prohibited from contact with Sharmayne Fryer with one exception. The Defendant can discuss with Ms. Fryer their children, but any such discussions must take place on the Talking Parents application or another similar electronic communications platform that permanently stores the parties' communications.**

All other conditions of defendant's supervised release previously imposed shall continue and remain in full force and effect until the expiration of his term of supervised release. The Court reminds defendant that any further violation of the terms of supervised release could result in an immediate hearing and the revocation of supervised release.

IT IS FURTHER ORDERED that the Government's Petition to Revoke defendant's supervised release (Doc No. 4) is **dismissed without prejudice**.

IT IS SO ORDERED this 1st day of October 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE